**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM F. CARADINE/ASSABUR,                                                              PLAINTIFF
ADC #90785

v.                                       5:11-cv-00281-BSM-JJV

CONNIE HUBBARD, Primary Care Provider,
Varner Unit, Arkansas Department of Correction                                          DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was

1

not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**DISPOSITION**

**I.   INTRODUCTION**

Plaintiff, William Caradine/Assabur, a state inmate proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983, with an Application to Proceed Without Prepayment of Fees and Affidavit (Application), pursuant to 28 U.S.C. § 1915 (Doc. No. 1). The Court held in abeyance ruling on Plaintiff's Application (Doc. No. 7) pending receipt of an Amended Complaint, which Plaintiff now has filed (Doc. No. 9). Although Plaintiff submitted a declaration that makes the showing required by § 1915(a), his Application will be denied. 28 U.S.C. § 1915(a).

**II.   SCREENING**

The Court is required to screen complaints seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. §1915(a). Additionally, the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), provides:

2

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on three (3) or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has filed over twenty lawsuits in the Eastern District of Arkansas during the past two years. He now is considered a "three-striker" within the meaning of the PLRA, because at least three of his prior cases were dismissed as frivolous or for failure to state a claim.[1]

In addition, the Court finds that Plaintiff's present claim – that Defendant fails to provide adequate medical care and treatment for two dislocated toes on his left foot – does not indicate that he is in imminent danger of serious harm (Doc. No. 9, p. 3). Although Plaintiff also claims to suffer from "numerous deformities" including "colon cancer, sugar diabetes, hypertynsion (sic), high blood pressure, and dislocated deformitie (sic) in my foot, and tuberculosis," the Court finds this vague allegation also does not support a finding that he is in imminent danger of serious harm (Doc. No. 9, p. 1). Therefore, the Court finds that his present Complaint does not fall within the exception to the "three-strikes" provision of the PLRA, and that his Application should be denied.

### III. CONCLUSION

---

[1] *See Caradine/Assabur v. University of Arkansas For Medical Sciences, et al.*, 4:10-cv-1960-JLH; *Caradine/Assabur v. Social Security Administration*, 4:10-cv-1961-BRW; *Caradine/Assabur v. Little Rock Police Department*, 4:10-cv-1962-SWW.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff Caradine/Assabur's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 1) be DENIED.

2. Should Plaintiff wish to continue this case, he be required to submit the statutory filing fee of $350.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's Complaint be DISMISSED without prejudice.

IT IS SO RECOMMENDED this 7th day of December, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE