IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM F. CARADINE/ASSABUR, ADC #90785**                                         **PLAINTIFF**

v.                            **CASE NO. 5:11CV00281 BSM/JJV**

**CONNIE HUBBARD, Primary Care Provider,**
**Varner Unit, Arkansas Department of Correction**                                  **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's application to proceed without prepayment of fees and affidavit [Doc. No. 1] is DENIED.

2. Should plaintiff wish to continue this case, he is required to submit the statutory filing fee of $350 to the clerk's office, noting the above case style and number within ten (10) days of the date of this order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of January 2012.

_____
UNITED STATES DISTRICT JUDGE