# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WILLIAM F. CARADINE/ASSABUR,**                                    **PLAINTIFF**
**ADC #90785**

**v.**                              **CASE NO. 5:11CV00281 BSM/JJV**

**CONNIE HUBBARD, Primary Care Provider,**
**Varner Unit, Arkansas Department of Correction**            **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 3rd day of January 2012.

_____
UNITED STATES DISTRICT JUDGE