# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WILLIAM F. CARADINE/ASSABUR,**                                     **PLAINTIFF**
ADC #90785

v.                          CASE NO. 5:11CV00281 BSM/JJV

**CONNIE HUBBARD, Primary Care Provider,**
Varner Unit, Arkansas Department of Correction                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 3rd day of January 2012.

_____
UNITED STATES DISTRICT JUDGE